# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS BANDY <br><br> PETITIONER(S), <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> RESPONDENT(S). | CASE NUMBER: <br><br> 2:16−cv−04138 <br><br><br> **NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To: All Counsel Appearing of Record

__     Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 14-03 this case is hereby transferred to the __ Division for all further proceedings.

X     Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the _Southern_ Division.

     This case has been reassigned to case number _8:16−cv−01089 RSWL_ and has been assigned to _Judge Ronald S.W. Lew_ for all further proceedings.

     Any matters that are or may be referred to a Magistrate Judge are hereby assigned/reassigned to __ for:

     any discovery and/or post-judgment matters that may be referred.

     for all proceedings in accordance with General Order 05-07.

     All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: _8:16−cv−01089 RSWL_. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

     **Please be advised that no further filings may be made under case number _2:16−cv−04138_. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By: _/s/ Geneva Hunt_
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*