# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS BANDY<br><br>PETITIONER(S),<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>RESPONDENT(S). | CASE NUMBER:<br><br>8:16−cv−01089−RSWL<br><br><br><br>**NOTICE OF ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE<br>re: HABEAS CORPUS PETITION<br>OR 28 U.S.C. §2255 MOTION** |

___ A Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 was filed and assigned case number _____. Please refer to this case number in all future communications.

 X  A Motion pursuant to 28 U.S.C. §2255 was filed in criminal case number ____8:02−cr−357 RSWL____ also assigned civil case number ____8:16−cv−1089 RSWL____. Please refer to these case numbers in all future communications.

Pursuant to General Order 14−03, the within action has been assigned to the calendar of the Honorable _____Judge Ronald S.W. Lew_____, United States District Judge.

Pleadings, motions for extension of time and all other matters to be called to the District Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Subsequent documents, correspondence and all other matters to be called to the District Judge's attention should be submitted and/or filed at the following location:

Western Division
312 N. Spring Street, Room G−8
Los Angeles, CA 90012

Clerk, U.S. District Court

 June 10, 2016            By  /s/ *Geneva Hunt*
Date                                    Deputy Clerk