UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS BRANDY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CV 16-01089-RSWL<br>CR 02-00357-RSWL-1<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255** [CV 1/CR 112] |

　　The Court sets the following briefing schedule for Petitioner Robert Lewis Brandy's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 [CV 1, CR 112]:

　　Government's Opposition:　**July 25, 2016**

　　Petitioner's Reply:　　　　**September 5, 2016**

**IT IS SO ORDERED.**

DATED: June 13, 2016　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　**HONORABLE RONALD S.W. LEW**
　　　　　　　　　　　　　　　　Senior U.S. District Judge

1