# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS BANDY, <br><br>   Petitioner, <br><br>   v. <br><br> UNITED STATES OF AMERICA, <br><br>   Respondent. | CV 16-01089-RSWL <br> CR 02-00357-RSWL-1 <br><br> **AMENDED** <br><br> **ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255** [CV 1/CR 112] |

   The Court sets the following briefing schedule for Petitioner Robert Lewis Bandy's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 [CV 1, CR 112]:

   Government's Opposition: **July 25, 2016**

   Petitioner's Reply: **September 5, 2016**

   The matter will bee deemed submitted upon the filing of a Reply or upon the day after the Reply is due.

**IT IS SO ORDERED.**          s/ RONALD S.W. LEW

DATED: June 13, 2016          **HONORABLE RONALD S.W. LEW**
                              Senior U.S. District Judge

1