EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2433
     Facsimile: (213) 894-0142
     E-mail:    mark.childs@usdoj.gov

Attorneys for Plaintiff-Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 02-357-RSWL |
| --- | --- |
| Plaintiff-Respondent, | CV 16-1089-RSWL |
| v. | ORDER FOR A CONTINUANCE OF THE PROCEEDINGS RELATED TO DEFENDANT-PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 |
| ROBERT LEWIS BANDY, | |
| Defendant-Petitioner. | |

The government's unopposed ex parte application, which the Court adopts, establishes good cause for continuing the proceedings for defendant-petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.

Accordingly, proceedings for defendant-petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 are

continued.  Government's opposition is now due on September 26, 2016. Petitioner's reply is now due on November 7, 2016.  IT IS SO ORDERED.

7/19/2016
DATE

s/ RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
J. MARK CHILDS
Assistant United States Attorney