EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
General Crimes Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2433
    Facsimile: (213) 894-0142
    E-mail:    mark.childs@usdoj.gov

Attorneys for Plaintiff-Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS BANDY,<br><br>    Defendant-Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent. | Nos. CR 02-357-RSWL<br>     CV 16-1089-RSWL<br><br><u>ORDER ALLOWING MEMORANDUM OF POINTS AND AUTHORITIES OVER 25 PAGES</u> |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Government's Unopposed <u>Ex Parte</u> Application For Leave to File Memorandum of Points and Authorities Over 25 Pages, exceeding the limit of Local Rule 11-6, in response to petitioner Robert Lewis Bandy's Motion to

////

////

////

////

////

////

Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 is GRANTED.  The government shall electronically file the opposition as presented in the Ex Parte Application.

    IT IS SO ORDERED.

9/21/2016
DATE

s/ RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
J. MARK CHILDS
Assistant United States Attorney